# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Kellys Josefina Prieto     JOINT DEBTOR: _____     CASE NO.: 13-38095-AJC
Last Four Digits of SS# 5203       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 3,294.74  for months __1__ to __60__ ;

Administrative: Attorney's Fee - $11,750.00      TOTAL PAID $1,500.00
                Balance Due   $10,250.00      payable $170.84 /month (Months __1__ to __60__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Countrywide Home Loans          LMM $ 1,200.00  (Months __1__ to __60__ )
   c/o Ronald R. Wolfe & Associates, P.L.
   Address: P.O. Box 25018
            Tampa, FL 33622
   Account No: 09-025439-CA-13

2. Wachovia Mortgage               LMM $ 1,589.41  (Months __1__ to __60__ )
   Address: P.O. Box 105693
            Atlanta, GA 30348
   Account No: 43953942

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Final Judgment: Kidsville at Kendall Regional Medical Center c/o Gregory F. Tayon, Esq., 12555 Biscayne Blvd, #981, North Miami, FL 33181 Case No.: 09-7632SP25 | Property Address: 8682 SW 159th Court Miami, FL 33193  Value: $ 214,707.00 | 0% | $0.00 | 1 to 60 | $0.00 |
| Final Judgment: Kidsville at Kendall Regional Medical Center c/o Gregory F. Tayon, Esq., 12555 Biscayne Blvd, #981, North Miami, FL 33181 Case No.: 09-7632SP25 | Property Address: 6243 SW 162th Path Miami, FL 33193  Value: $270,476.00 | 0% | $0.00 | 1 to 60 | $0.00 |
| Final Judgment: JPMorganChase-Legal Department 1191 East Newport Center Drive, Suite 101 Deerfield Beach, FL 33442 Case No.: 09-6096-CC23 | Property Address: 8682 SW 159th Court Miami, FL 33193  Value: $ 214,707.00 | 0% | $0.00 | 1 to 60 | $0.00 |

LF-31 (rev. 01/08/10)

| Final Judgment:<br>JPMorganChase-Legal Department<br>1191 East Newport Center Drive, Suite 101<br>Deerfield Beach, FL 33442<br>Case No.: 09-6096-CC23 | Property Address:<br>6243 SW 162th Path<br>Miami, FL 33193<br><br>Value: $270,476.00 | 0% | $0.00 | __1__ to __60__ | $0.00 |
|---|---|---|---|---|---|

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____     Total Due $_____
                              Payable   $_____/month (Months\_\_\_\_ to \_\_\_) Regular Payment $_____

Unsecured Creditors: Pay $_____/month (Months_____ to _____).
                     Pay $_____/month (Months_____ to _____).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The Debtor surrenders her interest in the real property located at: 8697 NW 161st Court, Miami, Fl 33193, Kidsville at Regional Medical Center (Case No. 09-7632 SP 25) and JPMorgan Chase (09-6096-CC23) are granted in rem stay relief to pursue there interest in the collateral.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _[signature]_
Date: _02-2-14_

Joint Debtor _____
Date: _____

LF-31 (rev. 01/08/10)