IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**Kellys Josefina Prieto**

    Debtor(s).

CASE NO. 13-38095-AJC
CHAPTER 13

_____/

## OBJECTION TO CONFIRMATION

    NATIONSTAR MORTGAGE LLC ("Claimant"), a secured creditor in the above-styled cause, objects to Confirmation of the Debtor(s)' proposed Chapter 13 Plan ("Plan") and states:

    1.    Claimant intends to timely file a proof of claim for its loan secured by the Property located at 8682 SW 159TH COURT, MIAMI, FL 33193 (the "Subject Property").

    2.    The Plan indicates an intention to pursue a loan modification ("LMM"); however the appropriate motion has not been filed. If a motion is filed and mediation takes place where a modification is offered by the Claimant and accepted by the Debtor, and a modification agreement is executed by all parties, Claimant may amend its Proof of Claim, as necessary pursuant to the terms of the modification. At this time, there has been no permanent modification and the Debtor is bound to the original terms of the Note and Mortgage, executed on June 22, 2007.

    3.    Claimant objects to the Plan as the Plan does not provide for the payment and curing of Claimant's arrearage of approximately $176,783.49.

    4.    The plan provides for an ongoing post-petition mortgage payment of $1,200.00 when, in fact, the contractually-due monthly mortgage payment is approximately $2,357.25 ($1,776.19 principal and interest and $581.06 taxes and insurance).

    5.    Claimant retains its right to supplement or amend this Objection to Confirmation.

6. As a result of the necessity of preparing and filing this Objection to Confirmation, Claimant has incurred additional attorney fees.

**WHEREFORE**, NATIONSTAR MORTGAGE LLC prays that the Court deny confirmation of the proposed Chapter 13 Plan and grant it such additional relief as the Court deems just and proper.

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3039
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ REKA BEANE
Reka Beane
Florida Bar No. 0052919
ATTORNEY FOR NATIONSTAR
MORTGAGE LLC

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by regular U. S. Mail to all parties listed below on this 04 day of March, 2014.

Kellys Josefina Prieto
6243 SW 162ND PATH
Miami, FL   33193

      I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by Electronic Mail to all parties listed below on this 04 day of March, 2014.

EDWARD FREIRE
courtdoc@freiregonzalez.com
10647 N KENDALL DR
MIAMI, FL   33176

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com
POB 279806
Miramar, FL   33027

      Ronald R Wolfe & Associates, P.L.
      P.O. Box 25018
      Tampa, Florida   33622-5018
      Phone   (813) 251-4766
      Fax   (813) 251-1541

      By:   /s/   REKA BEANE
        REKA BEANE
        FLORIDA BAR NO. 0052919
        ATTORNEY FOR NATIONSTAR
        MORTGAGE LLC