UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re: Kellys Josefina Prieto

PROCEEDINGS UNDER CHAPTER 13
Case No.: 13-38095-AJC

Debtor.
_____/

## MOTION TO WAIVE WAGE DEDUCTION ORDER

COMES, now the debtor, **Kellys Josefina Prieto**, by and through her undersigned counsel and moves this Honorable Court for an Order waiving the Wage Deduction Order and as grounds therefore would show:

1. The debtor does not make enough from her employment to utilize a Wage Deduction Order to make the plan payments. The debtor is relying on rental income to make the plan payments.

WHEREFORE, the debtor requests that this Court enter an Order waiving the Wage Deduction Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 8 day of April 2014 along with the accompanying notice of hearing to Nancy K. Neidich, **Trustee**, via NEF, and **Debtors** in the instant case via regular mail.

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
(305) 826-1774